AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>*Plaintiff* )<br>v. )<br>RODNEY LEWIS STEVENSON II )<br>*Defendant* ) | Case No.  20-mj-70483 AGT |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant, Rodney Lewis Stevenson II                                                    .

Date:   6/29/2020

/s/ Jeremy L. Ross
*Attorney's signature*

Jeremy L. Ross, SBN 294582
*Printed name and bar number*

1055 W 7th Street, 33rd Fl
Los Angeles, CA 90017
*Address*

jeremy@dambrosioross.com
*E-mail address*

(213) 459-6385
*Telephone number*

(213) 279-1496
*FAX number*