DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

COLIN C. SAMPSON (CABN 249784)
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Colin.Sampson@usdoj.gov

Attorneys for United States of America

RYAN D'AMBROSIO (CABN 299011)
JEREMY ROSS (CABN 294582)
D'Ambrosio | Ross LLP
1055 W. 7th St. 33rd Fl.
Los Angeles, CA 90017
Telephone: (213) 459-6385
Ryan@dambrosioross.com
Jeremy@dambrosioross.com

Attorneys for Rodney L. Stevenson II

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RODNEY L. STEVENSON II, <br><br> Defendant. | CASE NO. 3:20-MJ-70483 <br><br> **STIPULATION TO CONTINUE HEARING AND FOR EXCLUSION OF TIME PURSUANT TO THE SPEEDY TRIAL ACT AND F.R.C.P. 5.1(d)** |

The United States of America, represented by Colin Sampson, and defendant Rodney L. Stevenson II, represented by Ryan D'Ambrosio and Jeremy Ross, hereby STIPULATE and AGREE as follows:

The Complaint against defendant was filed in the Northern District of California on April 24, 2020, and unsealed after defendant's arrest on April 28, 2020. ECF Nos. 1, 3. Defendant was arraigned in the Western District of Michigan on April 28, 2020, and was ordered to appear before the United

1

States District Court for the Northern District of California on July 16, 2020.  Defendant has waived time between April 28, 2020 and September 3, 2020, pursuant to Federal Rule of Criminal Procedure 5.1(d) and 18 U.S.C. §§ 3161(b), (h)(7)(A) and (h)(7)(B)(iv).  Since July 9, 2020, pursuant to a protective order (ECF No. 9), the United States has produced approximately 10,000 pages of discovery.

The parties have recently met and conferred regarding discovery.  Given the need to review discovery and adequately prepare for any preliminary hearing or other proceeding, the parties jointly request and move the Court to continue the Preliminary Hearing from Thursday, September 3, 2020, to Wednesday, October 21, 2020.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAVID L. ANDERSON<br>United States Attorney |
| Dated: September 1, 2020. | */s/ Colin Sampson*<br>COLIN SAMPSON<br>Assistant United States Attorneys |
|  | *Attorneys for the United States of America* |
| Dated: September 1, 2020. | */s/ Ryan D'Ambrosio*<br>RYAN D'AMBROSIO<br>JEREMY ROSS<br>D'Ambrosio Ross LLP |
|  | *Attorneys for Defendant Rodney L. Stevenson II* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-MJ-70483 |
| Plaintiff, | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT AND F.R.C.P. 5.1(d) |
| v. | |
| RODNEY L. STEVENSON II, | |
| Defendant. | |

Pursuant to the consent and stipulation of defendant Rodney L. Stevenson, II and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status conference and preliminary hearing scheduled for September 3, 2020, is continued to October 21, 2020, at 11:00 a.m. It is further

ORDERED THAT time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 as to Rodney L. Stevenson II is excluded from the date of this Order until October 21, 2020, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), at the consent of the defendant and for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence.  It is further

ORDERED THAT defendant has consented to and may appear at the hearing currently scheduled for October 21, 2020, by video teleconference.

IT IS SO ORDERED.

Dated:  September 1, 2020

*Virginia K. DeMarchi*

THE HONORABLE ~~NATHANAEL M. COUSINS~~
UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI