UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:20-MJ-70483 |
| Plaintiff, | [~~PROPOSED~~] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT AND F.R.C.P. 5.1(d) |
| v. | |
| RODNEY L. STEVENSON II, | |
| Defendant. | |

Pursuant to the consent and stipulation of defendant Rodney L. Stevenson, II and his counsel, and The United States of America and its counsel, and for good cause shown,

IT IS ORDERED THAT the status conference and preliminary hearing scheduled for December 2, 2020, is continued to Friday, January 15, 2021, at 10:30 a.m. It is further

ORDERED THAT time under the Speedy Trial Act and Federal Rule of Criminal Procedure 5.1 as to Rodney L. Stevenson II is excluded from the date of this Order until January 15, 2021, pursuant to 18 U.S.C. §§ 3161(b), (h)(7)(A) and (B)(iv) and Federal Rule of Criminal Procedure 5.1(d), at the consent of the defendant and for continuity of defense counsel and effective preparation, taking into account the exercise of due diligence.  It is further

ORDERED THAT defendant has consented to and may appear at the hearing currently scheduled for January 15, 2021, by video teleconference.

IT IS SO ORDERED.

Dated: 11/24/2020

_____
THE HONORABLE
UNITED STATES

*Judge Laurel Beeler*

3